UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
SEP - 5 2019
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 4:19CR732 HEA/PLC |
| MICHAEL ANDERSON, | ) |
| Defendant. | ) |

## INDICTMENT

### COUNT I

The Grand Jury charges that:

On or about July 30, 2019, in the Eastern District of Missouri and elsewhere,

**MICHAEL ANDERSON,**

the defendant herein, did knowingly travel in interstate commerce, from Wheaton, IL to Saint Louis, Missouri, for the purpose of engaging in a sexual act with a person under 18 years of age, in violation of Title 18, United States Code, Section 2423(b).

A TRUE BILL.

_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney

_____
DIANNA R. COLLINS, #59641
Assistant United States Attorney